**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Edis Giron-Alvarado,

Petitioner,

v.

United States of America, et al.,

Respondents.

No. CV-26-01191-PHX-DJH

**ORDER**

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) to which Respondents filed a Response (Doc. 13) and Petitioner filed a Reply (Doc. 15). Following a thorough and comprehensive analysis, Magistrate Judge Deborah M. Fine recommended denial of and dismissal with prejudice of the Petition. (Doc. 17). No objections were filed. The Court has reviewed the Report and Recommendation and agrees with its findings and conclusions.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Fine's Report and Recommendation (Doc. 17) is **ACCEPTED** and **ADOPTED** as the Order of this Court.

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DENIED**.

/ / /

/ / /

/ / /

**IT IS FINALLY ORDERED** that the Clerk of the Court shall terminate this action and enter judgment accordingly.

Dated this 28th day of October, 2026.

Honorable Diane J. Humetewa
United States District Judge